| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| PATRICIA CARRILLO and OCTAVIO CARRILLO, | Case No. 3:20-cv-02347-DMS-KSC |
|---|---|
| Plaintiffs, | **ORDER GRANTING JOINT MOTION EXTENDING TIME TO RESPOND TO COMPLAINT** |
| v. | |
| AMAZON.COM, INC., a corporation, HTMALL, a business entity, form unknown, and DOES 1 through 10, | |
| Defendants. | |

-2-

1  Before the Court is Plaintiffs Patricia Carrillo and Octavio Carrillo
2  ("Plaintiffs") and Defendant Amazon.com, Inc.'s ("Amazon") joint request to extend
3  the deadline for Amazon to respond to Plaintiffs' First Amended Complaint (the
4  "Complaint") by thirty (30) days, to March 4, 2021. Good cause appearing, the
5  request is GRANTED. Amazon's deadline to respond to the Complaint is hereby
6  extended to March 4, 2021.
7  **IT IS SO ORDERED.**

Dated: January 29, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court